# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

BODEGAS CORRAL, S.A.,

    Plaintiff,

v.

TERROIR CONNECTIONS, LLC,

    Defendant.

Case No. _____

## COMPLAINT

Plaintiff, Bodegas Corral, S.A. ("Bodegas Corral"), sues Defendant, Terroir Connections, LLC ("Terroir Connections") and states:

## PARTIES

1. Bodegas Corral is a Spanish company with its principal place of business in Navarrete, La Rioja, Spain.

2. Terroir Connections is a limited liability company incorporated in the State of Florida with its principal place of business in Odessa, Florida.

## JURISDICTION AND VENUE

3. Pursuant to 28 U.S.C. § 1332(a)(2), this Court has original jurisdiction over this action because:

    (a) The amount in controversy exceeds $75,000, exclusive of interest and costs; and

(b) This action is between a citizen of the State of Florida and a subject of a foreign state.

4. Pursuant to Florida Statutes § 48.193(1)(a)(1) and (2), this Court is authorized to exercise personal jurisdiction over Terroir Connections because Terroir Connections:

(a) Operates, conducts, engages in, and carries on a business in the State of Florida and has an office in the State of Florida; and

(b) Engages in substantial and not isolated activity within the State of Florida.

5. Pursuant to 28 U.S.C. § 1391(b)(1), venue is proper in the Middle District of Florida, Tampa Division, because Defendant, Terroir Connections, resides in Odessa, Florida.

## GENERAL ALLEGATIONS

6. On February 8, 2021, Bodegas Corral and Terroir Connections entered into an Exclusive U.S. Representation and Importation Agreement ("Importation Agreement").

7. A true and correct copy of the Importation Agreement is attached as Exhibit A.

8. Pursuant to the Importation Agreement:

(a) Bodegas Corral supplied wine and spirits to Terroir Connections for Terroir Connections to sell within a defined territory;

(b) Terroir Connections had an obligation and duty to pay Bodegas Corral for the wine and spirits Terroir Connections received from Bodegas Corral; and

(c) Terroir Connections had an obligation and duty to make payment to Bodegas Corral in the amount of 50% of the profits garnered from the sale of the wine and spirits Terroir Connections received from Bodegas Corral.

(d) Terroir Connections is liable to Bodegas Corral for any damages and costs, including attorney's fees, incurred by Bodegas Corral as a result of any breaches of its obligations and duties under the Importation Agreement.

## BREACH OF CONTRACT

9. Bodegas Corral re-alleges and incorporates by reference the allegations of paragraphs 1 through 8 above.

10. Terroir Connections breached the obligations and duties it owed Bodegas Corral under the Importation Agreement by:

(a) Failing to pay Bodegas Corral for wine and spirits Terroir Connections received from Bodegas Corral; and

(b)     Failing to make payment to Bodegas Corral in the amount of 50% of the profits garnered from the sale of wine and spirits Terroir Connections received from Bodegas Corral.

11.     Bodegas Corral has suffered damages as a result of Terroir Connections' breaches of its obligations and duties under the Importation Agreement.

**WHEREFORE** Bodegas Corral hereby demands entry of judgment in its favor for damages, attorney's fees, and costs.

DATED this 31st day of May, 2023.

          **GRAY|ROBINSON**
          *Counsel for Plaintiff, Bodegas Corral*
          333 S.E. 2nd Avenue, Suite 3200
          Miami, Florida 33131
          Telephone: (305) 416-6880
          Facsimile:  (305) 416-6887

By:     */s/ Ted C. Craig*
      Ted C. Craig, FBN 0966878
      Primary e-mail:
      ted.craig@gray-robinson.com
      Secondary e-mails:
      danieska.cuarezma@gray-robinson.com
      lourdes.federici@gray-robinson.com