# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

BODEGAS CORRAL, S.A.,

  Plaintiff,

v.

TERROIR CONNECTIONS, LLC,

  Defendant.

Case No. 8:23-cv-01210-KKM-TGW

## NOTICE OF A RELATED ACTION

  In accordance with Local Rule 1.04(c), I certify that the instant action:

\_\_\_\_\_ IS related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency as indicated below:

_____
_____
_____

\_\_X\_\_ IS NOT related to any pending or closed civil or criminal case filed with this Court, or any Federal or State court, or administrative agency.

I further certify that I will serve a copy of this NOTICE OF A RELATED ACTION upon each party no later than fourteen days after appearance of the party.

Dated: June 7, 2023.

**GRAY|ROBINSON**
*Counsel for Plaintiff*
333 S.E. 2nd Avenue, Suite 3200
Miami, Florida 33131
Telephone: (305) 416-6880
Facsimile: (305) 416-6887

By: ____/s/_____
   Ted C. Craig, FBN 0966878
   Primary e-mail:
   ted.craig@gray-robinson.com
   Secondary e-mails:
   danieska.cuarezma@gray-robinson.com
   lourdes.federici@gray-robinson.com