# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

BODEGAS CORRAL, S.A.,

    Plaintiff,

v.

TERROIR CONNECTIONS, LLC,

    Defendant.

Case No. 8:23-cv-01210-KKM-TGW

## CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1(a)(1) and M.D. Fla. Local Rule 3.03, Plaintiff, Bodegas Corral, S.A., makes the following disclosures:

1. The name of each person, attorney, association of persons, firm, law firm, partnership, corporation, limited liability company, subsidiary, conglomerate, affiliate, member, and any other identifiable legal entity that has, or might have, an interest in the outcome of this action, including through any ownership however small of a party's shares or stock, as well as all other identifiable legal entities related to any party in the case:

    Terroir Connections, LLC
    Jeffrey Luidvinovsky
    Alexandra Luidvinovsky
    Rafael Nava
    Bodegas Corral, S.A.

Ted C. Craig, Esq.
GrayRobinson, P.A.

2. The name of every other entity which publicly-traded stock, equity, or debt that may be affected by the outcome of the proceedings:

None.

3. The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors) in bankruptcy cases:

None.

4. The name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who is arguably eligible for restitution:

Bodegas Corral, S.A.

I further certify that, except as disclosed above, I am unaware of any actual conflict or potential conflict of interest affecting the district judge or the magistrate judge assigned to this case, and I will immediately notify the Court in writing on learning of any such conflict.

Dated: June 7, 2023.

Respectfully Submitted,

*/s/ Ted C. Craig*
Ted C. Craig, FBN 0966878
Ted.Craig@gray-robinson.com
**GRAY|ROBINSON**
333 S.E. 3rd Avenue, Suite 3200
Miami, Florida 33131
Telephone: (305) 416-6880
Facsimile: (305) 416-6887
*Counsel for Plaintiff, Bodegas Corral, S.A.*

## CERTIFICATE OF SERVICE

I hereby certify that on this 7th day of June, 2023, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to all parties.

By: /s/ Ted C. Craig
**GRAYROBINSON, P.A.**