UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

BODEGAS CORRAL, S.A.,

    Plaintiff,

v.                              Case No.: 8:23-cv-01210-KKM-TGW

TERROIR CONNECTIONS, LLC,

Defendant.

_____

## Uniform Case Management Report

The goal of this case management report is to "secure the just, speedy, and inexpensive determination of" the action. *See* Fed. R. Civ. P. 1. Under Local Rule 3.02(a)(2), this case management report should be used in all civil cases except those described in Local Rule 3.02(d). Individual judges may have additional case management preferences that can be found under each judge's name on the Court's website, flmd.uscourts.gov/judges/all.

1. **Date and Attendees**

   > The parties may conduct the planning conference "in person, by telephone, or by comparable means[.]" *See* Local Rule 3.02(a)(1).

   **The parties conducted the planning conference on August 10, 2023. Ted Craig for Plaintiff and Jamie White and Alyssa Castelli for Defendant attended the conference.**

2. **Deadlines and Dates**

   The parties request these deadlines and dates:

   | Action or Event | Date |
   |---|---|
   | Deadline for providing mandatory initial disclosures. *See* Fed. R. Civ. P. 26(a)(1). | 9/4/2023 |

| | | |
|---|---|---|
| Deadline for moving to join a party, *see* Fed. R. Civ. P. 14, 19, and 20, or amend the pleadings, *see* Fed. R. Civ. P. 15(a). | | 8/15/2023 |
| Deadline for serving expert disclosures under Rule 26(a)(2), including any report required by Rule 26(a)(2)(B). | Plaintiff | 3/4/2024 |
| | Defendant | 4/1/2024 |
| | Rebuttal | 4/15/2024 |
| Deadline for completing discovery and filing any motion to compel discovery. *See* Fed. R. Civ. P. 37; *Middle District Discovery* (2021). | | 6/10/2024 |
| Deadline for filing any dispositive and *Daubert* motion. *See* Fed. R. Civ. P. 56. (Must be at least five months before requested trial date.) | | 7/1/2024 |
| Deadline for participating in mediation. *See* Local Rules, ch. 4. | | 6/3/2024 |
| Date of the final pretrial meeting. *See* Local Rule 3.06(a). | | 10/7/2024 |
| Deadline for filing the joint final pretrial statement, any motion in limine, proposed jury instructions, and verdict form. *See* Local Rule 3.06(b). (Must be at least seven days before the final pretrial conference.) | | 10/14/2024 |
| Date of the final pretrial conference. *See* Fed. R. Civ. P. 16(e); Local Rule 3.06(b). | | 10/21/2024 |
| Month and year of the trial term. | | 11/4/2024 |

The trial will last approximately 3 days and be by:

☒   jury.

3.  **Description of the Action**

**Plaintiff claims that Defendant breached a contract between the Parties by failing to pay for goods received and by failing to pay profits received from sale of the goods. Defendant relies on its Affirmative Defenses contained in its Answer and specifically notes its entitlement to an offset of amounts owed by Plaintiff to Defendant for Plaintiff's prior breach, unpaid invoices, and other amounts due to Defendant by Plaintiff.**

2

4. **Disclosure Statement**

   ☒ The parties have filed their disclosure statements as required by Federal Rule of Civil Procedure 7.1 and Local Rule 3.03.

5. **Related Action**

   ☒ The parties acknowledge their continuing duty under Local Rule 1.07(c) to notify the judge of a related action pending in the Middle District or elsewhere by filing a "Notice of a Related Action." No notice need be filed if there are no related actions as defined by the rule.

6. **Consent to a Magistrate Judge**

   > "A United States magistrate judge in the Middle District can exercise the maximum authority and perform any duty permitted by the Constitution and other laws of the United States." Local Rule 1.02(a). With the parties' consent, a district judge can refer any civil matter to a magistrate judge for any or all proceedings, including a non-jury or jury trial. 28 U.S.C. § 636(c).
   >
   > The Court asks the parties and counsel to consider the benefits to the parties and the Court of consenting to proceed before a magistrate judge. Consent can provide the parties certainty and flexibility in scheduling. Consent is voluntary, and a party for any reason can decide not to consent and continue before the district judge without adverse consequences. *See* Fed. R. Civ. P. 73(b)(2).

   ☒ The parties do not consent.

7. **Preliminary Pretrial Conference**

   ☒ The parties do not request a preliminary pretrial conference before the Court enters a scheduling order.

8. **Discovery Practice**

   > The parties should read the Middle District Discovery Handbook, available on the Court's website at flmd.uscourts.gov/civil-discovery-handbook, to understand discovery practice in this District.

   ☒ The parties confirm they will comply with their duty to confer with the opposing party in a good faith effort to resolve any discovery dispute before filing a motion. *See* Local Rule 3.01(g); *Middle District Discovery* (2021) at § I.A.2.

9. **Discovery Plan**

   The parties submit the following discovery plan under Rule 26(f)(2):

   A. The parties agree to the timing, form, or requirement for disclosures under Rule 26(a):

      ☒ Yes.

   B. Discovery may be needed on these subjects: **all of Plaintiff's claims and Defendant's defenses, including liability, setoffs, and damages.**

   C. Discovery should be conducted in phases:

      ☒ No.

   D. Are there issues about disclosure, discovery, or preservation of electronically stored information?

      ☒ No. Not anticipated at this time.

   E. ☒ The parties have considered privilege and work-product issues, including whether to ask the Court to include any agreement in an order under Federal Rule of Evidence 502(d).

      **Should this matter proceed with discovery, the Parties anticipate that a Confidentiality Agreement will be needed.**

   F. The parties stipulate to changes to the limitations on discovery imposed under the Federal Rules of Civil Procedure and Local Rule 3.04 or other limitations:

4

☒ No.

## 10. Request for Special Handling

☒ The parties do not request special handling.

## 11. Certification of familiarity with the Local Rules

☒ The parties certify that they have read and are familiar with the Court's Local Rules.

## 12. Signatures

By: */s/ Ted C. Craig*
Ted C. Craig, Esq.
Florida Bar No. 0966878
Gray Robinson
333 S.E. 2nd Avenue, Suite 3200
Miami, Florida 33131
ted.craig@gray-robinson.com
danieska.cuarezma@gray-robinson.com
lourdes.federici@gray-robinson.com

By: */s/ Jamie L. White*
Jamie L. White, Esq.
Florida Bar No. 100018
Alyssa Castelli, Esq.
Florida Bar No. 1032306
Spire Law, PLLC
2572 W. State Road 426
Suite 2088
Oviedo, Florida 32765
jamie@spirelawfirm.com
alyssa@spirelawfirm.com
marcela@spirelawfirm.com
filings@spirelawfirm.com