UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

BODEGAS CORRAL, S.A.,

Plaintiff,

v. Case No.: 8:23-cv-01210-KKM-TGW

TERROIR CONNECTIONS, LLC,

Defendant.
_______________________________________/

**NOTICE OF ZOOM MEDIATION**

Pursuant to this Court's Case Management and Scheduling Order (Doc. 16), Defendant Terroir Connections, LLC, through its counsel, advises the Court that the Parties have scheduled mediation for December 8, 2023, beginning at 9:00 a.m., by Zoom (a separate link will be sent to all participants). The Parties have selected Mediator Glenn J. Waldman, Esquire of the Waldman Law Firm, P.A., located at 450 East Las Olas Boulevard, Suite 1400 in Fort Lauderdale, Florida 33301, with phone number (954) 462-2000.

Mr. Waldman is not on the Middle District of Florida (Tampa Division)'s list of certified mediators; however, he is certified as a United States District Court Mediator, Florida Statewide Circuit and District Court Mediator (No. 2354 CR), Certified Mediator and Arbitrator through the American Arbitration Association,

among other mediation and arbitration certifications. He is also admitted to practice law in the State of Florida, all Florida Federal District Courts, the United States Supreme Court, the Tenth and Eleventh Circuit Courts of Appeal, as well as other admissions.

Dated this 21st day of September, 2023.

Respectfully submitted,

SPIRE LAW, PLLC
2572 W. State Road 426, Suite 2088
Oviedo, Florida 32765

By: *<u>/s/ Jamie L. White</u>*
Jamie L. White, Esq.
Florida Bar No. 100018
Alyssa Castelli, Esq.
Florida Bar No. 1032306
jamie@spirelawfirm.com
alyssa@spirelawfirm.com
marcela@spirelawfirm.com
filings@spirelawfirm.com

*Attorneys for Defendant*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 21st day of September 2023, the foregoing was electronically filed through the CM/ECF system, which will send a notice of electronic filing to Plaintiff's counsel, Ted C. Craig, Esq., Gray Robinson, 333 S.E. 2nd Avenue, Suite 3200, Miami, Florida 33131, via email at ted.craig@gray-robinson.com; danieska.cuarezma@gray-robinson.com; and lourdes.federici@gray-robinson.com; and to Mediator Waldman, 450 East Las Olas

Boulevard, Suite 1400, Fort Lauderdale, FL 33301, gwaldman@waldmanlawfirm.com; MNewman@gunster.com.

*/s/ Jamie L. White*
Attorney