UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

BODEGAS CORRAL, S.A.,
    Plaintiff,

v.                                    Case No. 8:23-cv-1210-KKM-TGW

TERROIR CONNECTIONS, LLC,
    Defendant.
_____/

## ORDER

        THIS CAUSE came on for consideration upon the defendant's Motion to Seal Under Order (Doc. 22). The court authorized the defendant to file the Settlement Agreement under seal (Doc. 20). The defendant further requests that the sealed Settlement Agreement "be stricken or otherwise rejected" after the court has considered it (Doc. 22, p. 3).

        It is, upon consideration,

        ORDERED:

        That the Motion to Seal Under Order (Doc. 22) is **GRANTED**. Accordingly, the Clerk is directed to accept the Settlement Agreement for filing under seal. Defense counsel will inform the Clerk's Office when the sealed Settlement Agreement should be returned, and this Order permits the Clerk's Office to return the Sealed Settlement Agreement upon request by

defendant's counsel.

DONE and ORDERED at Tampa, Florida, this 4th day of December, 2023.

*Thomas G. Wilson*
THOMAS G. WILSON
UNITED STATES MAGISTRATE JUDGE