**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

| | |
|---|---|
| BODEGAS CORRAL, S.A., | Case No. 8:23-cv-01210-KKM-TGW |
| Plaintiff, | |
| v. | |
| TERROIR CONNECTIONS, LLC, | |
| Defendant. | |

## PLAINTIFF'S MOTION FOR ENTRY OF CONSENT JUDGMENT

Plaintiff, Bodegas Corral, S.A. ("Plaintiff" or "Bodegas Corral"), respectfully requests the Court to reopen the above captioned case and enter a Consent Judgment against Defendant, Terroir Connections, LLC ("Defendant" or "Terroir") due to Terroir's default under the Settlement Agreement between Bodegas and Terroir. In support of this Motion, Bodegas Corral states as follows:

1. The parties entered into a Confidential Settlement and General Release Agreement ("Settlement Agreement") [DE 24] on November 7, 2023 for purposes of resolving the above-captioned action.

2. Pursuant to Section 7 of the Settlement Agreement, the Parties agreed that, in the event of a default by Defendant, upon the filing of an affidavit by Plaintiff stating: (i) that Defendant failed to make a timely payment as provided under the terms of the Settlement Agreement, and that such failure constitutes a default under

the Settlement Agreement; (ii) that Plaintiff has satisfied all conditions precedent under the Settlement Agreement and is entitled to entry of the Consent Judgment against defendant for the unpaid balance of the Settlement Amount, plus an additional amount to be determined by the Court for reasonable attorney's fees incurred by Plaintiff in this action, including attorney's fees incurred in obtaining entry of the Consent Judgment; and (iii) the true and correct amount of the unpaid balance of the Settlement Amount. Plaintiff shall hold and not file the Consent Judgment unless a default by Defendant, the Court shall enter the Consent Judgment attached hereto as Exhibit A.

3. Attached as Exhibit B is the Declaration of Carlos Rubio, CEO of Plaintiff, stating under penalty of perjury (i) that Defendant failed to make a timely payment as provided under the terms of the Settlement Agreement, and that such failure constitutes a default under the Settlement Agreement; (ii) that Plaintiff has satisfied all conditions precedent under the Settlement Agreement and is entitled to entry of the Consent Judgment against defendant for the unpaid balance of the Settlement Amount, plus an additional amount to be determined by the Court for reasonable attorney's fees incurred by Plaintiff in this action, including attorney's fees incurred in obtaining entry of the Consent Judgment; and (iii) the true and correct amount of the unpaid balance of the Settlement Amount.

4.      Section 3 of the Settlement Agreement explicitly sets forth a schedule with Payment Due Dates, requiring Defendant to furnish an initial payment of $20,000 to Plaintiff by November 30, 2023. *See* DE 24, Section 3.

5.      As attested to by Mr. Rubio, Plaintiff failed to make the initial payment of $20,000 to Plaintiff by November 30, 2023 and thereafter did not make the initial payment within the five-day Grace Period provided for by the Settlement Agreement.

6.      As a result of Defendant's non-payment of the initial settlement payment, Defendant is in default under the terms of the Settlement Agreement, and Plaintiff is entitled to the entry of the Consent Judgment attached as Exhibit B for the full settlement amount of amount of $342,000.00, plus an additional amount for interest equal to $16,100.00, totaling $358,100.00.

**WHEREFORE** Bodegas Corral, S.A. respectfully requests the Court to enter an Order reopening this matter and enter the Consent Judgment attached hereto as Exhibit B.

Respectfully submitted this 18th day of December, 2023.

> **GRAY|ROBINSON**
> *Counsel for Plaintiff*
> 333 S.E. 2nd Avenue, Suite 3200
> Miami, Florida 33131
> Telephone: (305) 416-6880
> Facsimile: (305) 416-6887
>
> By:  */s/ Ted Craig*
>     Ted C. Craig, FBN 0966878
>     Primary e-mail:
>     ted.craig@gray-robinson.com
>     Secondary e-mails:
>     danieska.cuarezma@gray-robinson.com
>     lourdes.federici@gray-robinson.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 18th day of December, 2023, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to all parties.

By: *Ted Craig*
GRAYROBINSON, P.A.

**SERVICE LIST**

Jamie L. White, Esq.
Alyssa Castelli, Esq.
SPIRE LAW, PLLC
2572 W. State Road 426, Suite 2088
Oviedo, Florida 32765
Telephone: (407) 494-0135
jamie@spirelawfirm.com
alyssa@spirelawfirm.com
marcela@spirelawfirm.com
filings@spirelawfirm.com
*Counsels for Defendant*