## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

| | |
|---|---|
| BODEGAS CORRAL, S.A., <br><br> Plaintiff, <br><br> v. <br><br> TERROIR CONNECTIONS, LLC, <br><br> Defendant. | Case No. 8:23-cv-01210-KKM-TGW |

### **CONSENT JUDGMENT**

Plaintiff, Bodegas Corral, S.A. ("Plaintiff"), and Defendant, Terroir Connections, LLC ("Defendant") (Plaintiff and Defendant, collectively, are referred to herein as the "Parties"), hereby stipulate, agree and consent to the entry of this Judgment.

1. Defendant entered into a Confidential Settlement and General Release Agreement (the "Settlement Agreement") with Plaintiff for the purpose of resolving this action.

2. Under the terms of the Settlement Agreement, the Parties agreed that, in the event of a default by Defendant, upon the filing of an affidavit by Plaintiff stating: (i) that Defendant failed to make a timely payment as provided under the terms of the Settlement Agreement, and that such failure constitutes a default under the Settlement Agreement; (ii) that Plaintiff has satisfied all conditions precedent under the Settlement Agreement and is entitled to entry of the Consent Judgment against Defendant for the unpaid balance of the Settlement Amount, plus an

**EXHIBIT A**

additional amount to be determined by the Court for reasonable attorney's fees incurred by Plaintiff in this action, including attorney's fees incurred in obtaining entry of the Consent Judgment; and (iii) a statement of the true and correct amount of the unpaid balance of the Settlement Amount for which Plaintiff is entitled under the Settlement Agreement, the Court shall enter a Consent Judgment.

3. As attested to by Plaintiff, Defendant failed to make payment in accordance with the Settlement Agreement, and is therefore in default under the terms of the Settlement Agreement.

4. Accordingly, Plaintiff, Bodegas Corral, S.A., shall recover the unpaid balance of the Settlement Amount due under the Settlement Agreement, in the amount of $358,100.00 USD from Defendant, Terroir Connections, LLC, principal address 8517 Gunn Highway, Odessa, Florida 33556, plus an amount to be determined by the Court for reasonable attorney's fees incurred by Plaintiff in this action, including attorney's fees incurred in obtaining entry of the Consent Judgment, upon the filing of a motion for attorney's fees, for let execution issue.

DONE AND ORDERED in the chambers in the Middle District of Florida on this ____ day of December, 2023.

_____
THE HONORABLE KATHRYN KIMBALL MIZELLE
UNITED STATES DISTRICT JUDGE

Conformed copies to:
All counsel of record