**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

BODEGAS CORRAL, S.A.,

              Plaintiff,

v.

TERROIR CONNECTIONS, LLC,

              Defendant.

Case No. 8:23-cv-01210-KKM-TGW

## <u>DECLARATION OF CARLOS RUBIO</u>

Pursuant to 28 U.S.C. § 1746, I, Carlos Rubio Villanua, hereby declare under penalty of perjury, the following:

1.     I am over eighteen years of age and make this declaration based upon my personal knowledge.

2.     I am the CEO of Bodegas Corral, S.A.

3.     In my capacity as CEO and on behalf of Bodegas Corral, S.A., I executed the Confidential Settlement and General Release Agreement dated November 7, 2023.

4.     Defendant was required by the Settlement Agreement to make its initial settlement payment on November 30, 2023, with a Grace Period until December 5, 2023.

# EXHIBIT B

5.      Defendant failed to make the initial settlement payment as provided under the terms of the Settlement Agreement, and such failure constitutes a default under the Settlement Agreement.

6.      Bodegas Corral, S.A. has satisfied all conditions precedent under the Settlement Agreement and is entitled to the entry of the Consent Judgment against Defendant for the unpaid balance of the Settlement Amount, plus an additional amount to be determined by the Court for reasonable attorney's fees incurred in obtaining entry of the Consent Judgment.

7.      The true and correct amount of the unpaid balance of the Settlement Amount for which Bodegas Corral, S.A. is entitled to under the Settlement Agreement is a sum of $342,000.00, plus an additional amount for interest equal to $16,100.00, totaling $358,100.00.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 15 day of December, 2023.

_____
Carlos Rubio Villanua